# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:21-cr-120-PGB-LRH

JESUS MANUEL RODRIGUEZ
CASTILLO

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 23) entered October 5, 2021, to which there has been no objection and the 14 day objection period has expired, the plea of guilty of the defendant is now accepted. The Court will withhold adjudication until the time of sentencing. The defendant remains on bond pending sentencing.

**Sentencing is scheduled for January 12, 2022 at 10:30 AM before the undersigned.**

**DONE and ORDERED** in Orlando, Florida this 20th day of October 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge

United States Marshal Service
United States Probation Office
United States Pretrial Services